Company Register EN

**COMPANY REGISTER**
The central platform for making company data accessible

Bundesanzeiger Verlag

Menu (0)

Homepage / Search in Register Information / Search results

# Search in Register Information

Search options

Results for search term "**mack rides**"

scroll ↔

| State | Court | Type of register | Register number | Old court / location designation | Registered office | Status | AD CD HD DK UT SI |
|---|---|---|---|---|---|---|---|
| Company / Name | | | | | | | |
| Baden-Württemberg | **District court** | **Freiburg** | **HRA** | **280231** | | | |
| Mack Rides GmbH & Co KG | | | | | Waldkirch | Currently registered | AD CD HD DK UT SI |

History
1.) Heinrich Mack GmbH & Co., Karussel- und Fahrzeug bau, Parkeinrichtungen — 1.) Waldkirch

EXHIBIT B

| | |
|---|---|
| 2.) Heinrich Mack GmbH & Co., Fahrzeug- u. Karusselfa brik | 2.) Waldkirch |
| 3.) Mack Rides GmbH & Co KG | 3.) Waldkirch |

Editorial Details Data Privacy Statement Legal / Terms of Use / Information Security Details
Sitemap Accessibility